HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARCO ANTONIO ALCANTARA-COLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-MJ-0021-MJS |
| Plaintiff, | **STIPULATION FOR DEFENDANT TO APPEAR TELEPHONICALLY; ORDER THEREON** |
| vs. | |
| MARCO ANTONIO ALCANTARA-COLORES, | Date:   June 25, 2014<br>Time:   10:00 a.m.<br>Judge: Hon. Michael J. Seng |
| Defendant. | |

The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, Marco Alcantara-Colores, to waive his right to be personally present at his change-of-plea and sentencing hearing scheduled on the above-mentioned date, and instead appear telephonically.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. Alcantara-Colores has been in settlement discussions with the government through his attorney.  The parties have agreed on a resolution of this matter.  Pursuant to agreement of the parties, Mr. Alcantara-Colores will plead guilty to Count Two of the Criminal Complaint and both parties will recommend an assessment of $10 and a 12-month term of unsupervised probation with the standard conditions.  The government will dismiss Count One of the Complaint.  Mr. Maury lives in San Francisco and does not have a vehicle.  It would pose a

financial hardship to travel to court in Yosemite National Park by public transportation.  Mr. Alcantara-Colores agrees that his interests shall be represented at all times by the presence of his attorney of record, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present.

                              Respectfully submitted,

                              BENJAMIN J. WAGNER
                              United States Attorney

Dated:  June 18, 2014              /s/ Matthew McNease
                              MATTHEW McNEASE
                              Acting Legal Officer
                              National Park Service
                              Yosemite National Park

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: June 18, 2014               /s/ Jerome Price
                              JEROME PRICE
                              Assistant Federal Defender
                              Attorneys for Defendant
                              MARCO ANTONIO ALCANTARA-COLORES

## **O R D E R**

    Good cause appearing, the above Stipulation is approved and adopted as the Order of the Court.

IT IS SO ORDERED.

    Dated:  June 19, 2014                       /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE